| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Leon T Drane III<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0875<br>EIN: __–_____ | |
| **Debtor 2:** (Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court:   Northern District of Illinois | Date case filed in chapter:  13  2/27/24 | |
| Case number:  24–02697 | Date case converted to chapter:  7  11/12/24 | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Leon T Drane III | |
| 2. | **All other names used in the last 8 years** | aka Leon T Drane | |
| 3. | **Address** | PO Box 1046<br>Aurora, IL 60507 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Cindy M. Johnson<br>Johnson Legal Group, LLC<br>140 S. Dearborn Street, Suite 1510<br>Chicago, IL 60603 | Contact phone 312–345–1306<br>Email: cmjtrustee@jnlegal.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 11/14/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 10, 2024 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 587 614 2276, and Passcode 4120990882, OR call 1–872–201–2646**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/10/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                                                            Case No. 24-02697-DLT
Leon T Drane, III                                                                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                              User: admin                                    Page 1 of 3
Date Rcvd: Nov 14, 2024                      Form ID: 309A                               Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leon T Drane, III, PO Box 1046, Aurora, IL 60507-1046 |
| 30679857 | + | Advocate Aurora, 2285 Sequoia Dr, Aurora, IL 60506-6209 |
| 30679858 | + | Amita Health, 417 Bridge St, Danville, VA 24541-1403 |
| 30776984 | + | Ascension Mercy Medical Center, PO Box 74008847, Chicago, Il 60693-0001 |
| 30679868 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Nov 14 2024 22:28:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | | Email/Text: cindy.johnson@txitrustee.com | Nov 14 2024 22:29:00 | Cindy M. Johnson, Johnson Legal Group, LLC, 140 S. Dearborn Street, Suite 1510, Chicago, IL 60603 |
| 30959967 | + | EDI: MAXMSAIDV | Nov 15 2024 03:17:00 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 30679859 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 14 2024 22:37:11 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 30679861 | | Email/Text: bankruptcy.notices@vituity.com | Nov 14 2024 22:28:00 | CEP America Illinois LLP, PO Box 582663, Modesto, CA 95358-0070 |
| 30822053 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 14 2024 22:30:00 | CEP AMERICA ILLINOIS LLP, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 30679860 | + | EDI: CAPITALONE.COM | Nov 15 2024 03:17:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 30696819 | + | EDI: AIS.COM | Nov 15 2024 03:17:00 | Capital One, N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30764694 | | EDI: DISCOVER | Nov 15 2024 03:17:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 30679862 | + | EDI: DISCOVER | Nov 15 2024 03:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 30679863 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2024 22:29:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 30688675 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2024 22:29:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 30679864 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 14 2024 22:29:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9035 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 30679865 | + | EDI: IRS.COM | Nov 15 2024 03:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30735849 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 22:37:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30679866 | + | Email/Text: bankruptcy@ncaks.com | Nov 14 2024 22:28:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 30679867 | + | EDI: AGFINANCE.COM | Nov 15 2024 03:17:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 30679868 | | Email/Text: ProsperBK@prosper.com | Nov 14 2024 22:29:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 30679869 | | Email/Text: amieg@stcol.com | Nov 14 2024 22:28:00 | State Collectoin Service, Icn, PO Box 6250, Madison, WI 53716-0250 |
| 30748817 | + | Email/Text: bankruptcy@huntington.com | Nov 14 2024 22:29:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland OH 44101-6424 |
| 30679870 | + | EDI: LCIUPSTART | Nov 15 2024 03:17:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30682036 | | Landlord |
| 30696820 | *+ | Capital One, N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30696821 | *+ | Capital One, N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30735850 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| Cindy M. Johnson | cmjtrustee@jnlegal.net  ecf.alert+Johnson@titlexi.com |
| David H Cutler | |

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: 309A | Total Noticed: 25 |

on behalf of Debtor 1 Leon T Drane III cutlerfilings@gmail.com, r48280@notify.bestcase.com

TOTAL: 3